IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DARNELL IVEN ADAMS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:16-CV-0101 |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On May 24, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be denied because petitioner is not eligible for mandatory supervised release and because he is factually ineligible for mandatory supervision because of his life sentence. On June 7, 2016, petitioner filed objections to the Report and Recommendation arguing the "procedures created by the State creates a liberty interest to petitioner to be able to remain in the [prison] general population or maintain time credits already earned" and "to earn good time credits."

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Report and Recommendation is ADOPTED. Accordingly, the application for a writ of habeas

corpus filed by petitioner is DENIED.

    IT IS SO ORDERED.

    ENTERED this ___14th___ day of ___June___ 2016.

                                            MARY LOU ROBINSON
                                            UNITED STATES DISTRICT JUDGE